Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Troy Amos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| TROY AMOS,<br><br>        Plaintiff,<br><br>    vs.<br><br>EQUIFAX INC.; et. al.,<br><br>        Defendants. | Federal Case No.: 5:17-CV-04094-BLF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNIVERSAL ACCEPTANCE CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
|---|---|

**PLEASE TAKE NOTICE** that Plaintiff Troy Amos, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Universal Acceptance Corporation as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

   (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

order by filing:

a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Universal Acceptance Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: January 10, 2018                                            Sagaria Law, P.C.

By:      */s/ Elliot W. Gale*
              Elliot W. Gale
Attorneys for Plaintiff
Troy Amos