Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Troy Amos

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| TROY AMOS | Federal Case No.: 5:17-CV-04094-BLF |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Troy Amos and defendant

Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to

Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own

attorneys' fees and costs.

//

//

//

//

DATED:  February 1, 2018          Sagaria Law, P.C.

                                  By:      /s/ Elliot W. Gale
                                              Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Troy Amos


DATED:  February 1, 2018          Nokes & Quinn



                                  By:      /s/ Thomas P. Quinn, Jr.
                                            Thomas P. Quinn, Jr.
                                  Attorneys for Defendant
                                  Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*


**[PROPOSED] ORDER**

        Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

        IT IS SO ORDERED.


DATED:_____          _____
                                BETH L. FREEMAN
                                UNITED STATES DISTRICT JUDGE